UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04740-DFM | Date: | September 9, 2026 |
| Title | Zhaozhen Cao v. Warden of Adelanto ICE Processing Center et al | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Petitioner(s): | Attorney(s) for Respondent(s): |
| Not Present | Not Present |
| **Proceedings:** | **(IN CHAMBERS) Order to Show Cause** |

On August 19, 2026, Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. See Dkt. 1 ("Petition"). On August 31, the Court partially granted the Petition and ordered Respondents to provide Petitioner an individualized bond hearing before an immigration judge ("IJ") under 8 U.S.C. § 1226(a) within seven days, with instructions for Respondents to provide Petitioner and her counsel, if any, at least two (2) business days' notice of the time and place of the hearing. See Dkt. 10. The Court ordered Respondents to release Petitioner under appropriate conditions of supervision if Petitioner is not provided a hearing within seven (7) days, returning all of Petitioner's belongings to her upon release. See id. The Court ordered the parties to file a joint status report within ten (10) days of the Court's Order, i.e. by September 10. See id.

On September 5, Petitioner filed a status report, contesting Respondents' compliance with the Court's Order on the grounds that Petitioner was not provided the requisite advance notice of the bond hearing. See Dkt. 11. Petitioner contends that the lack of adequate notice materially prejudiced her ability to prepare for the bond hearing, at which the IJ ultimately denied her request for bond. See id. Petitioner requests the Court enforce its Order and direct Respondents to immediately release Petitioner from custody under appropriate conditions of supervision, and return her belongings. See id.

**Respondents are ORDERED TO SHOW CAUSE by 5:00 p.m. on September 10, 2026 as to why the Court should not order Petitioner released due to Respondents' alleged failure to follow the Court's Order to provide Petitioner and her counsel at least two (2) business days' notice.** The Court will construe the filing of a notice of release as sufficient to discharge this Order.