JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| ZHAOZHEN CAO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF ADELANTO ICE PROCESSING CENTER et al,<br><br>Respondents. | Case No. 5:26-cv-04740-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Granting in Part Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted in part. The Clerk is directed to close this matter. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: October 13, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge